CO-386-online
10/03

# United States District Court
# For the District of Columbia

FAIRN AND SWANSON, INC.   )
)
)
)
          Plaintiff   )      Civil Action No._____
  VS   )
UNITED STATES OF AMERICA AND ALCOHOL AND   )
TOBACCO TAX AND TRADE BUREAU AND JOHN J.   )
MANFREDA, in his official capacity, ADMINISTRATOR,   )
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU   )
          Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  FAIRN AND SWANSON, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  FAIRN AND SWANSON, INC.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Michael K. Tomenga
Signature

D.C. Bar No. 257006
BAR IDENTIFICATION NO.

Michael K. Tomenga
Print Name

1400 16th Street, N.W.
Address

Washington, DC  20036-2227
City             State           Zip Code

202-776-1148
Phone Number